# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 17-5123**  September Term, 2018

1:11-cv-01499-JEB

**Filed On:** October 24, 2018

Association of American Railroads,

    Appellee

  v.

United States Department of Transportation,
et al.,

    Appellants

**BEFORE:** Garland, Chief Judge; Henderson, Rogers, Tatel, Griffith, Srinivasan, Millett, Pillard, Wilkins, and Katsas, Circuit Judges

## O R D E R

Upon consideration of appellee's petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

           **FOR THE COURT:**
           Mark J. Langer, Clerk

    BY:    /s/
           Ken R. Meadows
           Deputy Clerk